AO 199A (Rev. 12/11- EDCA [Fresno Version 2]) Order Setting Conditions of Release- Misd. _____

# UNITED STATES DISTRICT COURT
for the

## Eastern District of California

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) ) | |
| | ) | Case No.    6:25-MJ-00034-HBK |
| AUSTIN JAMES BILNEY, | ) | |

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose; not to have any contact with the alleged victim J.V.

(3) The defendant shall notify the Court and defendant's counsel of any change of address; report to the USM Office in Fresno for processing by 8/29/2025 before 4:00 PM

(4) Report to the US Marshals Office in Fresno by 8/29/2025 before 4:00 PM

(5) The defendant must appear at:    US District Court 9004 Castle Cliff Court, Yosemite CA
*Place*

Before Magistrate Judge Helena Barch-Kuchta

on _____ 10/7/2025 at 10:00 AM _____
*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 8/25/2025 _____        Austin Bilney _____
*Defendant's signature*

Date: 8/25/2025 _____        Helena M. Barch-Kuchta _____
*Judicial Officer's Signature*

Helena Barch-Kuchta, United States Magistrate Judge
*Printed name and title*